So ordered.
/s/ John R. Adams
U.S. District Judge
September 15, 2021

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

### CASE NO. 5:21-CV-01333

**NATHAN FANSLER**, individually and on behalf of all others similarly situated,

        **CLASS ACTION**

    Plaintiff,

v.

**U.S. ACUTE CARE SOLUTIONS, LLC**,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action.

All claims of Plaintiff, individually, are hereby dismissed with <u>without prejudice</u>. All claims of the putative class members are hereby dismissed <u>without prejudice.</u>